**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **HENRY MAURICIO AREVALO MENDOZA,** | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **Case No. CIV-26-2123-R** |
| **MARKWAYNE MULLIN, DHS Secretary,** | ) | |
| **Respondent.** | ) | |

**ORDER**

Challenging his detention by Immigration and Customs Enforcement, Petitioner, Mr. Henry Mauricio Arevalo Mendoza, seeks release from detention from this Court through a writ of habeas corpus under 28 U.S.C. § 2241. [Doc. No. 1]. The Court referred Mr. Mendoza's petition to United States Magistrate Judge Chris M. Stephens, who recommended that the Court Deny the Petition. [Doc. No. 9]. No one objected. So the Court ADOPTS Judge Stephens's R&R.

Accordingly, the Court DENIES the Petition for Writ of Habeas Corpus, [Doc. No. 1], and DENIES Mr. Mendoza's Motion for Release. [Doc. No. 8].

IT IS SO ORDERED this 6th day of November, 2026.

David L. Russell

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**